**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Baseem BROOKS, Petitioner**

**No. 104 EAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Cash WRIGHT, Petitioner**

v.

**PHILADELPHIA TAXI CAB SERVICE, State Farm Insurance Company, First Keystone Liquidation, Respondents**

**No. 76 EAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.